IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Colette McLeod,              :
       Plaintiff    :   Civil Action 2:09-cv-00061

v.                           :   Judge Marbley

Central Ohio Health Care Systems,   :   Magistrate Judge Abel

       Defendant
                             :

### ORDER DISMISSING FOR WANT OF PROSECUTION

Plaintiff has failed to respond to defendant's February 26 2009 motion to dismiss. She has also failed to respond to the Court's April 14, 2009 Order that she show cause why the case should not be dismissed for want of prosecution. Accordingly, the Clerk of Court is **DIRECTED** to enter judgment dismissing this case for want of prosecution. Rule 41(b), Fed. R. Civ. P. *See, Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). S.D. Ohio Civil Rule 55.1(c).

                                          Algenon L. Marbley
                                          United States District Judge